# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM MARK TURNER, | : |
| Petitioner, | : |
| | :     CRIMINAL NO. 09-00180-WS-C |
| vs. | |
| | :     CIVIL ACTION NO. 11-0327-WS-C |
| UNITED STATES OF AMERICA, et al., | : |
| Respondents. | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated September 8, 2011 is **ADOPTED** as the opinion of this Court.

**DONE** this 8th day of November, 2011.

    s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**